No. 77–752. NATIONAL LABOR RELATIONS BOARD *v.* CATHOLIC BISHOP OF CHICAGO ET AL. C. A. 7th Cir. Certiorari granted. ▮

No. 77–832. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM *v.* FIRST LINCOLNWOOD CORP. C. A. 7th Cir. Certiorari granted. ▮

No. 77–911. NATIONAL LABOR RELATIONS BOARD *v.* ROBBINS TIRE & RUBBER CO. C. A. 5th Cir. Certiorari granted. ▮

No. 77–719. CHAPMAN, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF TEXAS, ET AL. *v.* HOUSTON WELFARE RIGHTS ORGANIZATION ET AL. C. A. 5th Cir. Certiorari granted and case set for oral argument with No. 77–5324, immediately *infra.* ▮

No. 77–5324. GONZALEZ, GUARDIAN *v.* YOUNG, DIRECTOR, HUDSON COUNTY WELFARE BOARD, ET AL. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with No. 77–719, immediately *supra.* ▮

No. 77–753. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* DANIEL; and
No. 77–754. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* DANIEL. C. A. 7th Cir. Motion of American Bankers Assn. for leave to file a brief as *amicus curiae* in No. 77–753 granted. Motions of National Association of Manufacturers, ERISA Industry Committee, National Coordinating Committee for Multiemployer Plans, American Federation of Labor & Congress of Industrial Organizations, and Gray Panthers for leave to file briefs as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 561 F. 2d 1223.